### TONY MARTINEZ v. JUANITA MARTINEZ

15 So. (2nd) 845          June Term, 1943
December 7, 1943          Division B

*Erle B. Askew* and *Clair A. Davis,* for petitioner.

*Casler & Douglas* and *Oxford & Oxford,* for respondent.

PER CURIAM:

Upon motion therefor, the appellee, Juanita Martinez, is allowed the sum of one hundred dollars, compensation for the services of her attorneys in this appeal.

BUFORD, C. J., BROWN, THOMAS and SEBRING, JJ., concur.